**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD REYES,** individually and on behalf of all other similarly situated,

      **Plaintiff,**

vs.

**STRADA SERVICES, INC.,** d/b/a Strada Electric and Security,

      **Defendant.**

Case No.: 8:21-CV-00976

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RICHARD REYES, individually and on behalf of all other similarly situated and Defendant, STRADA SERVICES, INC., d/b/a Strada Electric and Security, by and through their undersigned counsel and pursuant to M.D. Fla. Local Rule 3.09, hereby notify the Court that the Parties have reached a settlement in the above referenced matter. The parties will be working to prepare and execute a written settlement agreement, and upon agreement and execution of this written settlement agreement, the Parties will present the same for approval within 30 days from this date.

Dated November 19, 2021.

| | Respectfully submitted, |
|---|---|
| By: */s/. Mitchell Feldman* <br> Mitchell L. Feldman, Esq. <br> FBN: 0080349 <br> FELDMAN LEGAL GROUP <br> 6916 W. Linebaugh Ave, #101 <br> Tampa, Florida 33625 <br> Telephone: (813) 639-9366 <br> Facsimile: (813) 639-9376 <br> mfeldman@flandgatrialattorneys.com <br><br> **Attorney for Plaintiff** | /s/ Paul L. Sutherland <br> Paul L. Sutherland, Esq. <br> Florida Bar No. 1008093 <br> Nathan A. McCoy, Esq. <br> Florida Bar No. 676101 <br> WILSON MCCOY, P.A. <br> 100 E. Sybelia Ave, Ste. 205 <br> Maitland, Florida 32751 <br> Telephone: (407) 803-5400 <br> Facsimile: (407) 803-4617 <br> nmccoy@wilsonmccoylaw.com <br> psutherland@wilsonmccoylaw.com <br> pleadings@wilsonmccoylaw.com <br><br> **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all counsel of record.

*s/Paul L. Sutherland*
Paul Sutherland, Esq.